UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Entrust Administration of the Southeast, Inc., )
Dwayne LeBlanc, Jannine LeBlanc, )
Dan Sinisi, Linda Sinisi, Donny Joe Slayton, )
Christi Slayton, )
                Appellants, )
                 )
      v. ) **JUDGMENT**
                 )
Brenda Karen Peak, ) No. 5:14-CV-74-BR
                Appellee. )
                 )

**Decision by Court.**

This action came before Senior US District Judge W. Earl Britt for consideration regarding the appeal from the US Bankruptcy Court, Eastern District of North Carolina.

**IT IS ORDERED, ADJUDGED AND DECREED** that the 3 December 2013 Order of the Bankruptcy Court of the Eastern District of North Carolina is AFFIRMED.

**This judgment filed and entered on July 9, 2014, and served on:**

James C. White (via CM/ECF Notice of Electronic Filing)
William E. Brewer, Jr. (via CM/ECF Notice of Electronic Filing)

July 9, 2014                                                         /s/ Julie A. Richards,
                                                                                  Clerk of Court